# EXHIBIT B



Statement Date: November 15, 2019

 V000027

 **Online**
Search 'Manage my Benefits'
on MY HR or go to
www.mybbyrewards.com

# COBRA Enrollment Notice

This notice contains important information about your right to continue your Best Buy Co., Inc. health coverage, as well as other health coverage alternatives that may be available to you through the Health Insurance Marketplace at www.HealthCare.gov or by calling 1-800-318-2596. You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage. Please read the information contained in this notice very carefully and keep it for your records.

As a result of your termination on **November 6, 2019,** your current group health plan coverage ends as listed in the following table. You may choose to remain covered under your current group health plan for up to **60** months. This coverage is provided through the Consolidated Omnibus Budget Reconciliation Act and is often referred to as "COBRA" coverage.

This notice also includes information about extended continuation coverage (not required by COBRA) that may be available to you for the Medical, Dental and Vision group health plans, effective for COBRA qualifying events occurring on or after February 1, 2012, beyond your maximum COBRA coverage period, if you timely elect and exhaust COBRA coverage. This extended continuation coverage is not available for the Health Care Spending Account, Hawaii Health Program, Global Assignee Health Program, and the Puerto Rico Health Programs. Combined with the coverage under COBRA, the extended continuation coverage may last for up to 60 months from the date you lose coverage. Please see the section of this notice titled "Special Extended Continuation Coverage" for more information

For example, the employee's spouse may elect COBRA coverage even if the employee doesn't. COBRA coverage may be elected for only one, several, or for all dependent children who are qualified beneficiaries. A parent may elect COBRA coverage on behalf of any dependent children. The employee or the employee's spouse can elect COBRA coverage on behalf of all of the qualified beneficiaries.



In considering whether to elect COBRA coverage, you should take into account that a failure to continue your group health coverage will affect your future rights under federal law. First, you can lose the right to avoid having pre-existing condition exclusions applied to you by other group health plans if you have more than a 63 day gap in health coverage, and election of COBRA coverage may help you not have such a gap. Second, you'll lose the guaranteed right to purchase individual health insurance policies that don't impose such pre-existing condition exclusions if you don't get COBRA coverage for the maximum time available to you. Finally, you should take into account that you've special enrollment rights under federal law. You have the right to request special enrollment in another group health plan for which you're otherwise eligible (such as a plan sponsored by your spouse's employer) within 30 days after your group health coverage ends because of the qualifying event listed above. You'll also have the same special enrollment right at the end of COBRA coverage if you get COBRA coverage for the maximum time available to you.

COBRA continuation coverage will begin as listed below.

| Group Health Plan | Coverage End Date | COBRA Coverage Begin Date |
|---|---|---|
| Medical | 11-30-2019 | 12-01-2019 |
| Dental | 11-30-2019 | 12-01-2019 |
| Vision | 11-30-2019 | 12-01-2019 |
| Basic Life Insurance | 11-30-2019 | 12-01-2019 |
| Optional Life Insurance | 11-30-2019 | 12-01-2019 |
| Spouse/DP Life | 11-30-2019 | 12-01-2019 |
| Child Life | 11-30-2019 | 12-01-2019 |

The cost of COBRA continuation coverage depends on the coverage you select and whom you cover. Detailed cost information is provided in the Group Health Coverage section of this notice.

## Enrollment

To enroll in COBRA coverage, access the My BBY Rewards website at **www.mybbyrewards.com** or call the Best Buy Benefits Center at **1-866-475-6733** no later than **January 30, 2020**. You can enroll yourself and your covered family members. If you don't enroll within that time frame, you forfeit your rights to COBRA coverage.

Each qualified beneficiary has a separate right to elect COBRA continuation coverage. The Family Information page lists each of your covered family members and indicates which individuals are qualified beneficiaries.

Please Note: If you or your dependent(s) are Medicare-eligible, COBRA coverage generally is the secondary source of coverage for you and Medicare will be the primary plan (regardless of whether you or the Company is paying for the COBRA coverage). To the extent permitted by applicable law, while you're on COBRA coverage under this Plan, this Plan will pay Benefits second to Medicare when you become eligible for Medicare, even if you don't elect Medicare. If you or your dependent(s) are Medicare-eligible or will become Medicare-eligible while on COBRA, be sure to research your Medicare options thoroughly.

COBRA Enrollment Notice                                                                 Page 3

## Group Health Coverage

Below are the coverage options available to you and the monthly cost of each option for the remainder of the current plan year. The Family Information section of this notice lists your dependents currently on file. Only those dependents who were covered prior to the qualifying event may continue coverage under a particular group health plan.

### ■ Medical

| Option | | Coverage Category | | | |
|---|---|---|---|---|---|
| | | 1 You Only | 2 You + Spouse/ DP | 3 You + Child(ren) | 4 You + Family |
| 0 | No Coverage | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | UHC Health Plan 4 - PPO | $436.80 | $1,048.34 | $851.78 | $1,659.88 |

### ■ Dental

| Option | | Coverage Category | | | |
|---|---|---|---|---|---|
| | | 1 You Only | 2 You + Spouse/ DP | 3 You + Child(ren) | 4 You + Family |
| 0 | No Coverage | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Comprehensive Dental Plan | $26.57 | $58.46 | $55.80 | $98.32 |

### ■ Vision

| Option | | Coverage Category | | | |
|---|---|---|---|---|---|
| | | 1 You Only | 2 You + Spouse/ DP | 3 You + Child(ren) | 4 You + Family |
| 0 | No Coverage | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Comprehensive Vision Plan | $8.77 | $12.50 | $15.35 | $24.53 |



COBRA Enrollment Notice                                                                                      Page 4

- **Basic Life Insurance**

| Option |                          | Coverage Amount | Price  |
|--------|--------------------------|-----------------|--------|
| 0      | No Coverage              | $0.00           | $0.00  |
| 1      | 1 x Eligible Annual Earnings | $171,000.00 | $9.25  |

- **Optional Life Insurance**

| Option |                          | Coverage Amount | Price   |
|--------|--------------------------|-----------------|---------|
| 0      | No Coverage              | $0.00           | $0.00   |
| 3      | 3 x Eligible Annual Earnings | $513,000.00 | $50.23  |

- **Spouse/DP Life**

| Option |              | Coverage Amount | Price  |
|--------|--------------|-----------------|--------|
| 0      | No Coverage  | $0.00           | $0.00  |
| 4      | $100,000     | $100,000.00     | $7.14  |

- **Child Life**

| Option |              | Coverage Amount | Price  |
|--------|--------------|-----------------|--------|
| 0      | No Coverage  | $0.00           | $0.00  |
| 4      | $30,000      | $30,000.00      | $2.57  |

159000089 08666-V000027

## Events That May Change Continued Coverage

Once your COBRA coverage begins, you may be able to change your COBRA coverage elections based on plan rules if you experience a qualified change in status. You must notify the Best Buy Benefits Center by calling **1-866-475-6733** within 30 days of the qualified change in status to change your COBRA coverage. See your Summary Plan Description for detailed information on allowable changes in status. Adding family members to COBRA coverage may result in a higher premium for this additional coverage.

You may also change COBRA coverage if a child is born to the covered employee or placed for adoption with the covered employee during the COBRA continuation period. In such case, you must notify the Best Buy Benefits Center by calling **1-866-475-6733** within 60 days of the birth or placement to cover the new dependent as a qualified beneficiary under COBRA. There may be a higher premium for this additional coverage.

## When Coverage Ends

COBRA coverage will end automatically as detailed below:

| Group Health Plan | COBRA Coverage End Date |
| --- | --- |
| Medical | 11-30-2024 |
| Dental | 11-30-2024 |
| Vision | 11-30-2024 |
| Basic Life Insurance | 05-31-2021 |
| Optional Life Insurance | 05-31-2021 |
| Spouse/DP Life | 05-31-2021 |
| Child Life | 05-31-2021 |

In addition, COBRA coverage will end automatically if any of the following situations occur:

- Best Buy Co., Inc. stops providing group health benefits
- Premiums are not paid within 30 days of the due date (with the exception of the initial premium, which is due within 45 days of your election date)
- A person eligible for continued benefits becomes covered under any other group health plan or becomes entitled to Medicare

## Billing Information

Once enrolled, you'll receive your first bill for the cost of continuing your coverage from the date your coverage ended through the end of the month in which you make your COBRA election. You must submit your first payment within 45 days of when you elected COBRA coverage.

159000089 08666-V000027 

Following your first payment, you'll be billed each month. Monthly payments are due on the first day of each month. If you fail to submit monthly payments within 30 days of the due date, your coverage will end retroactive to the last day of the last month for which you paid for coverage. Coverage can't be reinstated. All valid payments received will be deposited. Any payments deposited after the coverage was dropped will be refunded and won't extend your coverage.

## Special Extended Continuation Coverage

Effective for COBRA qualifying events occurring on or after February 1, 2012, Best Buy has voluntarily amended its plan to provide extended continuation coverage after the maximum COBRA coverage period required by federal law for the Medical, Dental and Vision group health plans. (Note that the extended continuation coverage doesn't apply to the Health Care Spending Account, Hawaii Health Program, Global Assignee Health Program, and the Puerto Rico Health Programs.) Combined, your COBRA coverage and the extended continuation coverage period may last for up to 60 months after your regular coverage ends. This extension beyond the maximum COBRA coverage period is not COBRA coverage, but is Best Buy's voluntary extension of coverage. The extended continuation coverage beyond the end of the COBRA maximum period is only available if you timely elect and exhaust COBRA coverage. Because this combined 60-month period is longer than the maximum COBRA coverage period, you'll not have to notify Best Buy of events that would otherwise cause an extension of COBRA coverage beyond 18 months (such as a divorce following a termination of employment). Your eligibility for the extended continuation coverage is subject to all terms, conditions and limitations of the Best Buy Health and Welfare Wrap Plan. Best Buy reserves the right to amend or terminate the extended continuation coverage at any time, for any reason, and in its sole discretion. If Best Buy, in its discretion, were to eliminate the extended continuation coverage, then the group health plans will be administered in accordance with COBRA and all COBRA qualified beneficiaries will be eligible for continuation coverage for the maximum COBRA coverage period required by law.

A separate election is not necessary for the extended continuation coverage beyond the required maximum COBRA coverage period. If you elect COBRA and maintain COBRA coverage for the maximum period available under COBRA, then you'll automatically be eligible for the extended continuation coverage. If you don't elect COBRA coverage or if you drop COBRA coverage before the end of your maximum COBRA coverage period, then you're not eligible for the extended continuation coverage. Your continued payment of the premium confirms your desire to participate in the extended continuation coverage. You may cease paying the premium at any time; however, this will cause you to lose the extended continuation coverage. Additionally, if you drop coverage during the extended continuation coverage period, you can't return to the extended continuation coverage.

This notice doesn't fully describe COBRA coverage or other rights under Best Buy's health coverage. More information about continuation coverage and your rights under Best Buy's health coverage is available in your summary plan description or from the Best Buy Benefits Center.

## Additional Information

COBRA provides an extension of the maximum period of COBRA coverage that may be available if a qualified beneficiary is disabled or a second qualifying event occurs. The situations allowing such an extension of COBRA coverage are described below. Note, however, that because of the extended continuation coverage for the Medical, Dental and Vision plans (combined with COBRA coverage, coverage can last for up to 60 months after your regular coverage ends), you don't have to notify Best Buy of the occurrence of any of the events described below with respect to those plans. If you're receiving COBRA coverage for a group health plan which is not eligible for the extended coverage (such as the Hawaii Health Program or Global Assignee Health Program), you must notify the Best Buy Benefits Center of the events below in order to receive COBRA coverage for more than 18 months.

## Disability

An 11-month extension of coverage may be available if any of the qualified beneficiaries is determined by the Social Security Administration (SSA) to be disabled. The disability has to have started at some time before the 60th day of COBRA coverage and must last at least until the end of the 18-month period of COBRA coverage. For group health plans which are not eligible for the extended continuation coverage (such as the Hawaii Health Program or Global Assignee Health Program), you must notify the Best Buy Benefits Center of the disability determination with 60 days of the disabled individual's receipt of a Social Security Disability award. Also, for group health plans which are not eligible for the extended continuation coverage, if the disability determination occurred before COBRA coverage started, you must notify the Best Buy Benefits Center within the first 60 days of COBRA coverage. Each qualified beneficiary who has elected COBRA coverage will be entitled to the 11-month disability extension if one of them qualifies. If you were required to notify Best Buy of the disability determination and if the qualified beneficiary is determined by SSA to no longer be disabled, you would be required to notify the Best Buy Benefits Center of that fact within 30 days after SSA's determination. Due to the extended continuation coverage for the Medical, Dental and Vision plans, you don't need to notify Best Buy of the disability determination for those plans. You only need to continue to pay the premiums for continuation coverage to receive coverage for the period described above and the remainder of the extended continuation coverage period.

## Second Qualifying Event

An 18-month extension of COBRA coverage will be available to spouses and dependent children who elect COBRA coverage if a second qualifying event occurs during the first 18 months of COBRA coverage. The maximum amount of COBRA coverage available when a second qualifying event occurs is 36 months. Such second qualifying event may include the death of a covered employee, divorce or separation from the covered employee, the covered employee's becoming entitled to Medicare benefits (under Part A, Part B, or both), or a dependent child's ceasing to be eligible for coverage as a dependent under the Plan. These events can be a second qualifying event only if they would have caused the qualified beneficiary to lose coverage under the group health plan if the first qualifying event had not occurred. For group health plans which are not eligible for the extended continuation coverage (such as the Hawaii Health Program or Global Assignee Health Program), you must notify the Best Buy Benefits Center within 60 days after a second qualifying event occurs if you want to extend your COBRA coverage. Due to the extended continuation coverage for the Medical, Dental and Vision plans, you don't need to notify Best Buy of a second qualifying event for those plans. You only need to continue to pay the premiums for continuation coverage to receive coverage for the period described above and the remainder of the extended continuation coverage period.

## Address Information

Be sure to keep your current address information up to date with the Best Buy Benefits Center by calling **1-866-475-6733**. Doing so is the only way to ensure that important benefit information will reach you.

## Other Coverage Options

There may be other coverage options for you and your family. When key parts of the health care law take effect, you'll be able to buy coverage through the Health Insurance Marketplace. In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums right away, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll. Being eligible for COBRA doesn't limit your eligibility for coverage for a tax credit through the Marketplace. Additionally, you may qualify for a special enrollment opportunity for another group health plan for which you're eligible (such as a spouse's plan), even if the plan generally doesn't accept late enrollees, if you request enrollment within 30 days.

159000089 08666-V000027



## For More Information


**Online**
Search 'Manage my Benefits'
on MY HR or go to
www.mybbyrewards.com


**Phone**
Best Buy Benefits Center between 8 a.m. and 6 p.m., Central time, Monday through Friday toll-free at 1-866-475-6733


**Fax**
847-554-1094
Cover letter not necessary


**Mail**
Best Buy Benefits Center
4 Overlook Point
PO Box 7228
Rantoul, IL 61866-7228

COBRA Enrollment Notice                                                                                           Page 9

## Family Information

Below is the information on file for you and your dependents. To protect your privacy, Social Security numbers aren't shown. The Qualified Beneficiary row indicates dependents who are considered qualified beneficiaries. Qualified beneficiaries have independent COBRA election rights and can elect to continue group health plan coverage for themselves if you decline coverage.

### ■ Person Information

|  | You | Dependent No. 1 | Dependent No. 2 |
|---|---|---|---|
| Name | DANIEL L. PRUITT | Stephanie R. PRUITT | Avery L. PRUITT |
| Birth Date | 05-11-1974 | 06-25-1978 | 02-12-2010 |
| Gender | Male | Female | Female |
| Relationship | -- | Spouse | Child |
| Disabled Dependent | -- |  |  |
| Qualified Beneficiary | -- | Yes | Yes |

### ■ Coverage Information

|  | You | Dependent No. 1 | Dependent No. 2 |
|---|---|---|---|
| Medical | Yes | Yes | Yes |
| Dental | Yes | Yes | Yes |
| Vision | Yes | Yes | Yes |

159000089 08666-V000027



COBRA Enrollment Notice                                                                 Page 10

## ■ Person Information

|  | Dependent No. 3 |
|---|---|
| Name | AUSTIN L. PRUITT |
| Birth Date | 11-04-2013 |
| Gender | Male |
| Relationship | Child |
| Disabled Dependent | |
| Qualified Beneficiary | Yes |

## ■ Coverage Information

|  | Dependent No. 3 |
|---|---|
| Medical | Yes |
| Dental | Yes |
| Vision | Yes |

159000089 08666-V000027