# EXHIBIT C



Statement Date: November 15, 2019

 V000027

DANIEL L. PRUITT

 **Online**
Search 'Manage my Benefits'
on MY HR or go to
www.mybbyrewards.com

# Conversion/Portability Notice

This notice provides the necessary plan information you'll need if you want to convert your benefit coverage to a personal policy directly with the insurance company. Generally, you must apply for conversion within 31 days of when your coverage was reduced or terminated. Contact the insurance company directly for more information on your conversion option and corresponding cost.

To request specific rates and enrollment information, please mail or fax a copy of this notice to: The Hartford, Portability and Conversion Unit, P.O. Box 248108, Cleveland, OH, 44124-8108 Fax: 1-440-646-9339.

**Please note:** Currently you have the option to pay for life insurance through COBRA. These rates are less expensive than you would pay for a traditional life insurance policy under conversion or portability. When you are no longer eligible to purchase life insurance under COBRA, you have the opportunity to convert to a traditional life insurance policy from Best Buy's life insurance provider. Please keep this information in a secure place so you can easily contact The Hartford if you choose to purchase life insurance after your COBRA benefits have been exhausted.

## Information for the Insurance Company

**Employee Information**
Name: DANIEL L. PRUITT
Birth Date: 05-11-1974

**Employer Information**
Best Buy Co., Inc.
4 Overlook Point
PO Box 7228
Rantoul, IL 61866-7228
1-866-475-6733

Delivered by Alight Solutions

159000089 08666-V000027



Conversion/Portability Notice                                                                 Page 2

**Basic Life Insurance**

| | |
|---|---|
| Insurance Company | HARTFORD |
| Telephone Number | 1-877-320-0484 |
| Active Coverage | $171,000 |
| Earliest Coverage Begin Date | 04-01-2012 |
| Coverage End Date | 11-30-2019 |

**For More Information**

If you have questions about this information, your eligibility, or the status of any request you have submitted, please call a representative at the phone number above.

159000089 08666-V000027