# EXHIBIT D

Case 8:20-cv-00110-JSM-AEP   Document 1-4   Filed 01/15/20   Page 2 of 9 PageID 47



Statement Date: November 15, 2019

 V000027

DANIEL L. PRUITT

 **Online**
Search 'Manage my Benefits'
on MY HR or go to
www.mybbyrewards.com

# Important Information About Your COBRA Continuation Coverage Rights

The information in this notice will help you understand and use your benefits under the federal Consolidated Omnibus Budget Reconciliation Act (COBRA). **This notice has important information about your right to continue your health care coverage in Best Buy Co., Inc. plan, as well as other health coverage options that may be available to you, including coverage through the Health Insurance Marketplace at www.HealthCare.gov or by calling 1-800-318-2596. You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage.** Please read the information in this notice very carefully before you make your decision.

## What Is COBRA Continuation Coverage?

Federal law requires that most group health plans (including Best Buy Co., Inc. plan) give employees and their families the opportunity to continue their health care coverage when there is a "qualifying event" that would result in a loss of coverage under Best Buy Co., Inc. plan.

Depending on the type of qualifying event, "qualified beneficiaries" can include employees, retirees, their spouses, and their dependent children covered by Best Buy Co., Inc. plan.

COBRA continuation coverage is the same coverage that Best Buy Co., Inc. plan gives to other plan participants who are not receiving continuation coverage. Each qualified beneficiary who elects continuation coverage will have the same rights under Best Buy Co., Inc. plan as other plan participants, including open enrollment and special enrollment rights.

Delivered by Alight Solutions          159000089 08666-V000027   

## How Long Will Continuation Coverage Last?

| Length of COBRA Coverage | Up to 18 months | Up to 29 months | Up to 36 months |
|---|---|---|---|
| Eligibility | <ul><li>Employee</li><li>Retiree</li><li>Covered spouse</li><li>Other covered dependents</li></ul> | <ul><li>Employee</li><li>Covered spouse</li><li>Other covered dependents</li></ul> | <ul><li>Covered spouse</li><li>Other covered dependents</li></ul> |

| Length of COBRA Coverage | Up to 18 months | Up to 29 months | Up to 36 months |
|---|---|---|---|
| Qualifying Event(s) | Loss of coverage due to:<ul><li>End of employment</li><li>Reduction in hours of employment</li></ul> | <ul><li>Individual(s) must be enrolled in COBRA and deemed disabled by the Social Security Administration prior to the initial qualifying event, or at any time during the first 60 days of COBRA continuation coverage.</li></ul> | Loss of coverage due to:<ul><li>Divorce or legal separation</li><li>The loss of a dependent child's eligibility for health care coverage under the employer's plan</li><li>The employee's Medicare entitlement</li><li>The employee's death</li></ul> |

When the qualifying event is the end of the employment or reduction of the employee's hours of employment, and the employee became entitled to Medicare benefits less than 18 months before the qualifying event, COBRA continuation coverage for qualified beneficiaries, other than the employee, lasts until 36 months after the date of Medicare entitlement. This notice shows the maximum period of continuation coverage available to the qualified beneficiaries.

Continuation coverage will be terminated before the end of the maximum period if:

- Any required premium is not paid in full on time;
- A qualified beneficiary becomes covered, after electing continuation coverage, under another group health plan;
- A qualified beneficiary becomes entitled to Medicare benefits (under Part A, Part B, or both) after electing continuation coverage; or
- The employer ceases to provide any group health plan for its employees.

Continuation coverage may also be terminated for any reason Best Buy Co., Inc. plan would terminate coverage of a participant or beneficiary not receiving continuation coverage (such as fraud).

Information for COBRA Enrollees                                                                 Page 3

## How Can You Extend the Length of COBRA Continuation Coverage?

If you elect continuation coverage, an extension of the maximum period of coverage may be available if a qualified beneficiary is disabled or a second qualifying event occurs. You must notify the Best Buy Benefits Center of a disability or a second qualifying event in order to extend the period of continuation coverage. Failure to provide notice of a disability or second qualifying event may affect the right to extend the period of continuation coverage.

### Disability

COBRA coverage may be available for your family for up to 29 months at a higher premium if all these events occur:

- You, your covered spouse, or your covered dependents (including newborn and newly adopted children) are determined to be disabled, as defined by the Social Security Act, prior to the qualifying event or during the first 60 days of COBRA coverage.
- The Social Security Administration's (SSA) disability determination is received within the disabled individual's 18 months of COBRA coverage.
- The disability lasts at least until the end of the 18-month period of continuation coverage and the Best Buy Benefits Center is notified of the SSA's disability determination within 60 days of the disabled qualified beneficiary's Social Security Disability award being received. If the disability determination occurred before COBRA coverage started, you're required to notify the Best Buy Benefits Center within the first 60 days of COBRA coverage.

Each covered family member who has elected continuation coverage will be entitled to the 11-month disability extension if one covered family member qualifies. To receive the coverage extension, you, your covered spouse, or your covered dependents must notify the Best Buy Benefits Center at **1-866-475-6733**.

If the disabled individual is determined by the SSA to no longer be disabled, you, your covered spouse, or your covered dependents must notify the Best Buy Benefits Center within 30 days after SSA's determination by calling **1-866-475-6733**.

### Second Qualifying Event

An 18-month extension of coverage will be available to spouses and dependent children who elect continuation coverage if a second qualifying event occurs during their first 18 months of COBRA continuation coverage. The maximum amount of continuation coverage available when a second qualifying event occurs is 36 months. These second qualifying events include:

- The employee's death;
- The employee's divorce or legal separation; and
- A dependent's loss of coverage under Best Buy Co., Inc.–provided health plan.

These events can be a second qualifying event only if they would have caused the qualified beneficiary to lose coverage under Best Buy Co., Inc. plan if the first qualifying event had not occurred. You must notify the Plan within 60 days after a second qualifying event occurs if you want to extend your continuation coverage.

159000089 08666-V000027 

Information for COBRA Enrollees                                                                                             Page 4

**Best Buy Co Inc. Amended Coverage Continuation Time**

Effective for COBRA qualifying events occurring on or after February 1, 2012, Best Buy has voluntarily amended its plan to provide continuation coverage for an extended period that is longer than the maximum COBRA period required by federal law (described above). You may continue your coverage under COBRA and the extended coverage period for up to 60 months (5 years) after coverage ends. This extension beyond the maximum COBRA coverage period is not COBRA coverage, but is Best Buy's voluntary extension of coverage beyond the maximum COBRA coverage period. The extended coverage beyond the end of the COBRA maximum period is only available if you timely elect and exhaust COBRA coverage. Because this 60 month period is longer than all maximum COBRA coverage period described above, you will not have to notify Best Buy of events that would otherwise cause an extension of COBRA coverage. Best Buy reserves the right to amend or terminate this special extension of continuation coverage at any time, for any reason and in its sole discretion, including the right to extend the special extension of continuation coverage if requested by a Participant in the sole discretion of Best Buy. If Best Buy, in its discretion, were to eliminate the voluntary extension of coverage, then the Plan will be administered in accordance with COBRA (if applicable) and all COBRA qualified beneficiaries will be eligible for continuation coverage for the maximum COBRA coverage period required by law.

## How Can You Elect COBRA Continuation Coverage?

COBRA enrollment elections must be made within **60 days** of the date that coverage is lost or within **60 days** of the statement date on the COBRA Enrollment Notice you receive, whichever is later. If you don't act within this time frame, you and your eligible dependent(s) will lose the opportunity for COBRA coverage.

To elect continuation coverage, you must call the Best Buy Benefits Center at **1-866-475-6733** by the enrollment deadline provided on the COBRA Enrollment Notice.

Each qualified beneficiary has a separate right to elect continuation coverage. For example, a spouse may elect continuation coverage even if the employee does not. Continuation coverage may be elected for only one, several, or all dependent children who are qualified beneficiaries. A parent may elect to continue coverage on behalf of any dependent children. The employee or the employee's spouse can elect continuation coverage on behalf of all the qualified beneficiaries.

### Issues to Consider

In considering whether to elect continuation coverage, you should take into account that a failure to continue your group health coverage will affect your future rights under federal law.

You have the right to request special enrollment in another group health plan for which you are otherwise eligible (such as a plan sponsored by your spouse's employer) within 30 days after your group health coverage ends because of the qualifying event listed on the COBRA Enrollment Notice. You will also have the same special enrollment right at the end of continuation coverage if you get continuation coverage for the maximum time available to you.

## How Much Does COBRA Continuation Coverage Cost?

Generally, each qualified beneficiary may be required to pay the entire cost of continuation coverage. The amount a qualified beneficiary may be required to pay may not exceed 102% (or, in the case of an extension of continuation coverage due to a disability, 150%) of the cost to the group health plan (including both employer and employee contributions) for coverage of a similarly situated plan participant or beneficiary who is not receiving continuation coverage. The required payment for each continuation coverage period for each option is described in the COBRA Enrollment Notice.

Information for COBRA Enrollees

Page 5

## When and How Must Payment for COBRA Continuation Coverage Be Made?

### First Payment for Continuation Coverage

If you elect continuation coverage, you do not have to send any payment at the time you enroll. However, you must make your first payment for continuation coverage not later than 45 days after the date of your election.

If you do not make your first payment for continuation coverage, in full, not later than 45 days after the date of your election, you will lose all continuation coverage rights under Best Buy Co., Inc. plan. You are responsible for making sure that the amount of your first payment is correct. You will receive a Billing Notice confirming the amount of the payment. Contact the Best Buy Benefits Center at **1-866-475-6733** if you have questions about your first payment.

Payments should be sent to:

BEST BUY CO., INC.
P.O. BOX 0843
CAROL STREAM IL 60132-0843

### Periodic Payments for Continuation Coverage

After you make your first payment for continuation coverage, you will be required to make periodic payments for each subsequent coverage period. The amount due for each coverage period for each qualified beneficiary is shown on the COBRA Enrollment Notice.

The periodic payments can be made on a monthly basis. Under Best Buy Co., Inc. plan, each of these periodic payments for continuation coverage is due as described on the COBRA Enrollment Notice. If you make a periodic payment on or before the first day of the coverage period to which it applies, your coverage under Best Buy Co., Inc. plan will continue for that coverage period without a break. You will receive a Billing Notice each period that lists the amount due for the coverage period.

### Grace Periods for Monthly Payments

Although monthly payments are due on the due date, you'll be given a grace period after the first day of the coverage period to make each monthly payment. The due date and the length of the grace period are listed on the COBRA Enrollment Notice.

Your continuation coverage will be provided for each coverage period as long as payment for that period is made before the end of the grace period for that payment. However, if you make a monthly payment later than the first day of the coverage period to which it applies, but before the end of the grace period for the coverage period, your coverage under Best Buy Co., Inc. plan will be suspended as of the first day of the coverage period and then retroactively reinstated going back to the first day of the coverage period when the monthly payment is received. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated.

If you fail to make a monthly payment before the end of the grace period for that coverage period, you will lose all rights to continuation coverage under Best Buy Co., Inc. plan.

## When is COBRA Coverage Effective?

Once you enroll in COBRA coverage and make your first payment, coverage is effective retroactive to the date your group health coverage ended.

159000089 08666-V000027 

## Other Coverage Options

There may be other, more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan), through what is called a "special enrollment period." By enrolling in coverage through the Marketplace, you may qualify for lower costs on your monthly premiums and lower out-of-pocket costs. Additionally, you may qualify for a 30-day special enrollment period for another group health plan for which you are eligible (such as a spouse's plan), even if that plan generally doesn't accept late enrollees. Some of these options may cost less than COBRA continuation coverage. You can learn more about many of these options at **www.HealthCare.gov**.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you. For example, if you move to other coverage, you may pay more out of pocket than you would under COBRA, because the new coverage may impose a new deductible.

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option.

### What is the Health Insurance Marketplace?
The Marketplace offers "one-stop shopping" to find and compare private health insurance options. Through the Marketplace, you'll also learn if you qualify for free or low-cost coverage from Medicaid or the Children's Health Insurance Program (CHIP). You can access the Marketplace for your state at **www.HealthCare.gov**.

### When can I enroll in Marketplace coverage?
You always have 60 days from the time you lose your job-based coverage to enroll in the Marketplace. That is because losing your job-based health coverage is a "special enrollment" event. **After 60 days, your special enrollment period will end and you may not be able to enroll, so you should take action right away.** In addition, during what is called an "open enrollment" period, anyone can enroll in Marketplace coverage.

To find out more about enrolling in the Marketplace, such as when the next open enrollment period will be and what you need to know about qualifying events and special enrollment periods, visit **www.HealthCare.gov**.

### If I sign up for COBRA continuation coverage, can I switch to coverage in the Marketplace? What about if I choose Marketplace coverage and want to switch back to COBRA continuation coverage?
If you sign up for COBRA continuation coverage, you can switch to a Marketplace plan during a Marketplace open enrollment period. You can also end your COBRA continuation coverage early and switch to a Marketplace plan if you have another qualifying event, such as marriage or birth of a child through something called a "special enrollment period." But be careful - if you terminate your COBRA continuation coverage early without another qualifying event, you'll have to wait to enroll in Marketplace coverage until the next open enrollment period, and could end up without any health coverage in the interim.

Once you've exhausted your COBRA continuation coverage and the coverage expires, you'll be eligible to enroll in Marketplace coverage through a special enrollment period, even if Marketplace open enrollment has ended.

If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

### Can I enroll in another group health plan?
You may be eligible to enroll in coverage under another group health plan (like a spouse's plan), if you request enrollment within 30 days of the loss of coverage.

---

159000089 08666-V000027

Information for COBRA Enrollees                                                                                 Page 7

If you or your dependent elect COBRA continuation coverage instead of enrolling in another group health plan for which you're eligible, you'll have another opportunity to enroll in the other group health plan within 30 days of losing your COBRA continuation coverage.

## What factors should I consider when choosing coverage options?

When considering your options for health coverage, you may want to think about:

- **Premiums**: Your previous plan can charge up to 102% of total plan premiums for COBRA coverage. Other options, like coverage on a spouse's plan or through the Marketplace, may be less expensive.
- **Provider Networks**: If you're currently getting care or treatment for a condition, a change in your health coverage may affect your access to a particular health care provider. You may want to check to see if your current health care providers participate in a network, as you consider options for health coverage.
- **Drug Formularies**: If you're currently taking medication, a change in your health coverage may affect your costs for medication - and in some cases, your medication may not be covered by another plan. You may want to check to see if your current medications are listed in drug formularies for other health coverage.
- **Severance Payments**: If you lost your job and got a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA payments for a period of time. In this scenario, you may want to contact the Department of Labor at 1-866-444-3272 to discuss your options.
- **Service Areas**: Some plans limit their benefits to specific service or coverage areas – so if you move to another area of the country, you may not be able to use your benefits. You may want to see if your plan has a service or coverage area, or other similar limitations.
- **Other Cost Sharing**: In addition to premiums or contributions for health coverage, you probably pay copayments, deductibles, coinsurance, or other amounts as you use your benefits. You may want to check to see what the cost-sharing requirements are for other health coverage options. For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments.

More information on health insurance options through the Marketplace can be found at **www.HealthCare.gov**.

## Questions?

This notice does not fully describe continuation coverage or other rights under Best Buy Co., Inc. plan. More information about continuation coverage and your rights under Best Buy Co., Inc. plan is available in your Summary Plan Description or from the Best Buy Benefits Center.

If you have any questions concerning the information in this notice or your rights to coverage, you should contact the Best Buy Benefits Center at **1-866-475-6733**. If you want a copy of your summary plan description, contact Best Buy Co., Inc..

For more information about your rights under ERISA, including COBRA, the Health Insurance Portability and Accountability Act (HIPAA), and other laws affecting group health plans, visit the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) website at www.dol.gov/ebsa or call their toll-free number at 1-866-444-3272. For more information about health insurance options available through a Health Insurance Marketplace, visit www.HealthCare.gov.



Information for COBRA Enrollees                                                                Page 8

## Keep Your Plan Informed of Address Changes

In order to protect your and your family's rights, you should keep the Best Buy Benefits Center informed of any changes in your address and the addresses of family members. You should also keep a copy, for your records, of any notices you send to or receive from the Best Buy Benefits Center.

## For More Information


**Online**
Search 'Manage my Benefits' on MY HR or go to www.mybbyrewards.com


**Phone**
Best Buy Benefits Center between 8 a.m. and 6 p.m., Central time, Monday through Friday toll-free at 1-866-475-6733

159000089 08666-V000027