## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**DANIEL PRUITT,**

    **Plaintiff,**

**v.**                                              **CASE 8:20-cv-00110-JSM-AEP**

**BEST BUY CO., INC.,**

    **Defendant.**

_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff and Defendant, by and through undersigned counsel, hereby notifies the Court that the above-styled action has been settled. The parties will file a Joint Stipulation of Dismissal with Prejudice with the Court no later than March 6, 2020, or otherwise provide an update to the Court prior to that date regarding the status of the settlement.

Dated: February 19, 2020

| WENZEL FENTON CABASSA P.A. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ Brandon J. Hill[1] | By: /s/ Carol A. Field |
| BRANDON J. HILL<br>Florida Bar No. 0037061<br>Wenzel Fenton Cabassa P.A.<br>1110 N. Florida Avenue, Suite 300<br>Tampa, Florida 33602<br>Main No.: 813-224-0431<br>Direct No.: 813-379-2560<br>Facsimile No.: 813-229-8712<br>Email: bhill@wfclaw.com | Carol A. Field, Bar No. 987166<br>200 South Biscayne Boulevard<br>Suite 5300<br>Miami, FL 33131-2339<br>Telephone: (305) 415-3000<br>Fax: (305) 415-3001<br>carol.field@morganlewis.com<br><br>*Attorney for Defendant* |
| *Attorney for Plaintiff* | |

---

[1] Counsel for Plaintiff has authorized the undersigned counsel to submit this filing bearing his electronic signature which he has reviewed and authorized prior to its filing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of February 2020, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

/s/ Carol A. Field
Carol A. Field